191 So. 925

**Dorcas PLENTY et al. v. Julia TAYLOR.**

2 Div. 115.

Supreme Court of Alabama.

Oct. 21, 1939.

W. R. Withers, of Greensboro, for appellants.

Gordon Davis, of Tuscaloosa, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellants.